JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICARDO MURILLO,<br><br>Plaintiff,<br><br>v.<br><br>CWCA RAMONA 41, L.L.C., a Delaware Limited Liability Company; ANA KARINA VAZQUEZ; and DOES 1-10,<br><br>Defendants. | Case No. CV 13-8059-GW(JEMx)<br><br>**JUDGMENT**<br><br>Complaint Filed: October 31, 2013<br>Motion Cut-Off Date: September 18, 2014<br>Pre-Trial Conference: October 16, 2014<br>Trial Date: October 28, 2014<br><br>Hearing:<br>Date: July 28, 2014<br>Time: 8:30 a.m.<br>Ctrm.: 10<br>Judge: Hon. George H. Wu |

On June 27, 2014, defendant CWCA Ramona 41, L.L.C., a Delaware Limited Liability Company ("CWCA Ramona"), filed a Motion for Summary Judgment in the above-captioned matter (the "Motion"). On July 23, 2014, defendant Ana Karina Vazquez ("Vazquez") filed a Notice of Joinder in the Motion. CWCA Ramona and Vazquez are hereinafter collectively referred to as "Defendants".

The Motion came on regularly for hearing on July 28, 2014 and appearances were as noted on the record. The Court, having duly considered the Motion, the papers and evidence filed in support of and in opposition to the Motion and the

1   arguments of counsel, and having granted the Motion for the reasons set forth in the
2   Court's tentative ruling as supplemented by the record at the hearing,
3       **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is hereby
4   entered in favor of Defendants and against plaintiff Ricardo Murillo ("Plaintiff"),
5   that Plaintiff take nothing on his complaint, and that the action be dismissed on the
6   merits, with Defendants to recover their costs.

8   DATED:  July 30, 2014

                      GEORGE H. WU, U.S. District Judge